

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM*, M/V COSCO BUSAN, their engines, appurtenances, freights, and cargo *IN REM*,<br><br>Defendants. | Case No. C 07 05800 (SC)<br><br>Related Cases: CV07-06045-SC<br>CV08-02052-SC<br>CV08-02268-SC<br>CV08-05096-SC<br>CV08-05098-SC<br>CV09-01469-SC<br>CV07-05926-SC<br><br>Case Subject to CVS Motion:<br>CV11-04540-DMR<br><br>**~~[PROPOSED]~~ ORDER DENYING CVS CAREMARK CORPORATION'S ADMINISTRATIVE MOTION TO RELATE CASE** |

Upon CVS CAREMARK CORPORATION'S ("CVS") motion dated September 22, 2011 to relate Case No. CV 11 4540 (DMR) to Case Nos. CV-07-5800-SC, CV07-06045-SC, CV08-02052-SC, CV08-02268-SC, CV08-05096-SC, CV08-05098-SC, CV09-01469-SC, and CV07-05926-

///

SC and REGAL STONE LIMITED and FLEET MANAGEMENT LTD having opposed the motion, the Court, having considered the papers submitted and, if any, the oral argument presented by counsel,

HEREBY ORDERS THAT: CVS' motion is DENIED.

DATED: September 27, 2011

JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

Submitted by:

/s/ David A. Tong

SAMUEL A. KEESAL, JR., CASB No. 38014
*skip.keesal@kyl.com*
JOSEPH A. WALSH II, CASB No. 143694
*joe.walsh@kyl.com*
DAVID A. TONG, CASB No. 238971
*david.tong@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET MANAGEMENT LTD